**STATEMENT OF FACTS**

On Saturday, May 30, 2020, at approximately 3:51 p.m., members of the Metropolitan Police Department (MPD) Fifth District Crime Suppression Team (5D CST) responded to 1215 Morse Street Northeast, Unit 1 in Washington, D.C. to execute a Superior Court of District of Columbia signed search warrant, warrant number 2020 CSWSLD 2600 to assist the Washington Humane Society in relation to animal abuse. As Officers entered the location, they observed the only occupant, later identified as Michael Ginyard (Defendant Ginyard) and secured him.

Officers were searching the location to recover the animal and any paperwork related to the animal. During the search, officers recovered a firearm from a bedroom closet in a box. Defendant Ginyard was placed under arrest. Defendant Ginyard is the lease holder of the address. Several items of mail matter with that address and Defendant Ginyard's name was also found in the bedroom with the firearm. Defendant Ginyard requested clothing from the same bedroom to get dressed before being transported for processing.

The firearm that was recovered was determined to be a black and silver Smith & Wesson, model SD40VE, .40 caliber semiautomatic handgun with a serial number of FYX9000. When it was recovered, it was loaded with one (1) round in the chamber and eleven (11) rounds of ammunition in a fourteen (14) round capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearms and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

A criminal history check of Defendant Ginyard through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction in the Superior Court for the District of Columbia for Carrying a Pistol without a License, case number 2010 CF2 11664. The defendant was sentenced to twenty (20) months for these offenses on September 9, 2011. Therefore, the defendant was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by more than one year.

_____
OFFICER MATTHEW KONKOL
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 1st day of June, 2020.*

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE